[No. 6952.]

SIDES ET AL. v. UNION PACIFIC RAILROAD COMPANY.

The case ruled by the judgment in *Snow* v. *Union Pacific Railroad Company, ante.*

*Appeal from Arapahoe District Court.*—Hon. CHARLES McCALL, Judge.

Mr. MILTON SMITH, Mr. CHARLES R. BROCK, Mr. W. H. FERGUSON, for appellants; Mr. W. W. PLATT, of counsel.

Mr. CLAYTON C. DORSEY, Mr. E. I. THAYER, Mr. N. H. LOOMIS, for appellee; Mr. GERALD HUGHES, of counsel.

Mr. JUSTICE GARRIGUES delivered the opinion of the court.

This case presents the identical question decided in No. 6951, entitled *Snow et al. v. Union Pacific Railroad Company.* For the reasons stated in that opinion, the judgment of the lower court is reversed, and judgment will be entered here in favor of appellants.

*Reversed.*

Decision *en banc.*